UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE WORLD TRADE CENTER　　　　　　　　21 MC 102 (AKH)
LOWER MANHATTAN DISASTER
SITE LITIGATION

ARLEY RUIZ,　　　　　　　　　　　　　　　07-CV-5317 (AKH)

　　　　　　　　　　　　Plaintiff,　　　　**NOTICE OF APPEARANCE**

　　　　-against-

100 CHURCH LLC, ET AL.,

　　　　　　　　　　　　Defendants.

**PLEASE TAKE NOTICE** that the undersigned hereby enters an appearance as counsel for Defendants **100 CHURCH LLC and ZAR REALTY MANAGEMENT CORP. n/k/a SAPIR REALTY MANAGEMENT CORP.** in the above-captioned action and all future correspondence and papers filed or serviced in connection with the above-captioned action are to be directed to the undersigned.

Dated:　　New York, New York
　　　　　September 10, 2007

　　　　　　　　　　　　　　　　　　　Yours etc.,

　　　　　　　　　　　　　　　　　　　HARRIS BEACH PLLC
　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant*
　　　　　　　　　　　　　　　　　　　**100 CHURCH LLC and ZAR REALTY MANAGEMENT CORP. n/k/a SAPIR REALTY MANAGEMENT CORP.**

　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　Stanley Goos, Esq. (SG-7062)
　　　　　　　　　　　　　　　　　　　100 Wall Street
　　　　　　　　　　　　　　　　　　　New York, NY  10005
　　　　　　　　　　　　　　　　　　　212 687-0100
　　　　　　　　　　　　　　　　　　　212 687-0659 (Fax)

## CERTIFICATION OF SERVICE

The undersigned certifies that on September 10, 2007, I caused the following document to be electronically via the Court's ECF system:

1. Notice of Appearance (of Defendants 100 Church LLC and Zar Realty Management Corp. n/k/a Sapir Realty Management Corp.).

The undersigned further certifies that on September 10, 2007, I caused the aforesaid documents to be served via First Class Mail upon the following:

Paul Napoli, Esq.
Worby Groner Edelman & Napoli Bern LLP
115 Broadway, 12th Floor
New York, New York 10006

Robert A. Grochow, Esq.
Robert A. Grochow, P.C.
233 Broadway, 5th Floor
New York, New York 10279

Gregory J. Cannata, Esq.
Law Offices of Gregory J. Cannata
233 Broadway, 5th Floor
New York, New York 10279

*Liaison Counsel for Plaintiffs*

James E. Tyrrell, Esq.
Joseph Hopkins, Esq.
Patton Boggs LLP
1 Riverfront Plaza, 6th Floor
Newark, New Jersey 07102

Thomas Egan, Esq.
Flemming Zulack Williamson Zauderer LLP
One Liberty Plaza
New York, New York 10006

*Liaison Counsel for the Defendants*

Dated: September 10, 2007

                                                  /s/
                                           Stanley Goos