UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
IN RE WORLD TRADE CENTER LOWER          :    21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION      :
                                                             :
-------------------------------------------------------------X
ARLEY RUIZ,                                              :    07-CV-5317-AKH
                                                             :
                                     Plaintiff,      :
                                                             :    **APPEARANCE**
        - against -                                    :
                                                             :
100 CHURCH, LLC, *et al.*,                       :
                                                             :    **ELECTRONICALLY FILED**
                                     Defendants.  :
-------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.


Dated:  New York, New York              DICKSTEIN SHAPIRO LLP
            October 3, 2007
                                              By:      /s/ Judith R. Cohen___
                                                       Judith R. Cohen (JC-8614)
                                                       1177 Avenue of the Americas
                                                       New York, New York 10036
                                                       Phone: (212) 277-6500
                                                       Fax: (212) 277-6501
                                                       *Attorney for Defendant*
                                                       MERRILL LYNCH & CO., INC.